UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE MOORE,

    Plaintiff,

v.                                                  CASE NO: 8:10-cv-643-T-23EAJ

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

On June 10, 2011, Magistrate Judge Elizabeth A. Jenkins issued a report (Doc. 13) that recommends affirming the Commissioner's decision and directing the Clerk to enter a final judgment in favor of the Commissioner. The plaintiff objects (Doc. 14) to the report and recommendation. A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objections (Doc. 14) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 14) is **ADOPTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The Clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on June 28, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE